IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HONG KONG MARKET, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CV3275 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by December 13, 2005, file their Report of Parties' Planning Conference.

DATED November 23, 2005.

/s/   *David L. Piester*

United States Magistrate Judge