IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HONG KONG MARKET, INC., and its owners, Ngo Thi Tuy Phuong Tran and Ngo Thanh Phuong Tran, | ) ) ) ) | 4:05CV3275 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES, Acting through the Department of Agriculture Food and Nutrition Service, | ) ) ) ) | |
| Defendant(s). | ) | |

The Court has considered the parties' joint motion for extension of time in which to file their report of planning conference (filing no. 11), and finds that said motion should be approved.

IT THEREFORE HEREBY IS ORDERED that the parties shall file their Report of Parties' Planning Conference not later than January 20, 2006.

DATED this 12th day of December, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge