IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HONG KONG MARKET, INC., ) | | 4:05CV3275 |
| and its owners, Ngo Thi Tuy Phuong ) | | |
| Tran and Ngo Thanh Phuong Tran, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | | **MEMORANDUM** |
| ) | | **AND ORDER** |
| UNITED STATES, Acting through ) | | |
| the Department of Agriculture Food ) | | |
| and Nutrition Service, ) | | |
| ) | | |
| Defendant. ) | | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1) On or before January 30, 2006, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case; and

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

December 23, 2005.      BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge