IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HONG KONG MARKET, INC., and its owners, Ngo Thi Tuy Phuong Tran and Ngo Thanh Phuong Tran, | ) ) ) ) | 4:05CV3275 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| UNITED STATES, Acting through the Department of Agriculture Food and Nutrition Service, | ) ) ) | |
| Defendant. | | |

Upon the parties' joint stipulation and motion for dismissal (Filing #15) this matter is dismissed with prejudice, each party to bear their own costs, and complete record waived.

January 31, 2006.         BY THE COURT:

                          *s/Richard G. Kopf*
                          United States District Judge